**STATE EX REL. WILLIAMS, APPELLANT, *v.* TURNER, WARDEN, APPELLEE.**

[Cite as *State ex rel. Williams v. Turner,* **132 Ohio St.3d 127, 2012-Ohio-2575.**]

*Court of appeals' judgment dismissing petition for writ of habeas corpus affirmed.*

(No. 2012-0085—Submitted June 6, 2012—Decided June 13, 2012.)

APPEAL from the Court of Appeals for Marion County, No. 9-11-56.

_____

**Per Curiam.**

**{¶ 1}** We affirm the judgment of the court of appeals dismissing the petition of appellant, Corey J. Williams, for a writ of habeas corpus. "[H]abeas corpus is not available to remedy a claim concerning the validity of an amendment to an indictment." *Haynes v. Voorhies*, 110 Ohio St.3d 243, 2006-Ohio-4355, 852 N.E.2d 1198, ¶ 5. Williams's "claim of sentencing error is not cognizable in habeas corpus, and he had an adequate remedy in the ordinary course of law to raise the issue." *See Roberts v. Knab*, 131 Ohio St.3d 60, 2012-Ohio-56, 960 N.E.2d 457, ¶ 1.

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Corey Williams, pro se.

Michael DeWine, Attorney General, and Maura O'Neill Jaite, Senior Assistant Attorney General, for appellee.

_____